**The relief described hereinbelow is SO ORDERED.**

**Signed July 30, 2021.**

**Ronald B. King**
**Chief United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 19-51919 |
| | ) | |
| A'GACI, L.L.C., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Ronald B. King |

| | | |
|---|---|---|
| RANDOLPH N. OSHEROW, not individually but solely as the chapter 7 trustee, | ) | |
| Plaintiff, | ) | Case No. 21-05040 |
| v. | ) | |
| BIODEC GROWTH PLATFORM 1 LLC, | ) | |
| Defendant. | ) | |

**<u>ORDER OF DEFAULT AND DEFAULT JUDGMENT</u>**

Upon consideration of the Motion for Entry of Default and Default Judgment (the "<u>Motion</u>"), filed by Randolph N. Osherow (the "<u>Trustee</u>"), not individually but solely as the chapter 7 trustee for the estate of A'GACI, L.L.C. (the "<u>Debtor</u>"), the Court having reviewed the complaint (the "<u>Complaint</u>") filed in the above-captioned adversary proceeding against Biodec

Growth Platform 1 LLC (the "Defendant"), the Motion and declaration in support thereof, IT IS HEREBY ORDERED THAT:

1. Default is entered against the Defendant.

2. Final judgment is entered against the Defendant and in favor of the Trustee on Counts I and II of the Complaint in the amount of $44,010.63, plus post-judgment interest, pursuant to 11 U.S.C. §§ 547(b) and 550(a).

3. Final judgment is entered against the Defendant and in favor of the Trustee on Count III of the Complaint. Accordingly, any and all claims of the Defendant against the Debtor and its estate, whether asserted in a proof of claim or scheduled on the Debtor's schedules of assets and liabilities, are disallowed pursuant to 11 U.S.C. § 502(d).

###

SUBMITTED FOR ENTRY BY:

Prepared By:
Elizabeth L. Janczak
Freeborn & Peters LLP
311 South Wacker Dr. Suite 3000
Chicago, Illinois 60606
Tel.: 312.360.6000
Email: ejanczak@freeborn.com