**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 19-51919 |
| | ) | |
| A'GACI, L.L.C., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Ronald B. King |
| | ) | |
| RANDOLPH N. OSHEROW, not individually but solely as the chapter 7 trustee, | ) | |
| Plaintiff, | ) | Case No. 21-05040 |
| v. | ) | |
| BIODEC GROWTH PLATFORM 1 LLC, | ) | |
| Defendant. | ) | |

**NOTICE OF SATISFACTION OF JUDGMENT**

Randolph N. Osherow, not individually, but solely as chapter 7 trustee (the "Trustee") of A'GACI, L.L.C. (the "Debtor"), by and through his undersigned counsel, hereby submits this Notice of Satisfaction of Judgment and in support thereof states as follows:

1. On May 19, 2021, the Trustee filed an adversary complaint (the "*Complaint*") against Biodec Growth Platform 1 LLC (the "*Defendant*") in the U.S. Bankruptcy Court for the Western District of Texas, San Antonio Division (the "*Court*").

2. On July 30, 2021, the Court entered judgment (the "*Judgment*") in favor of the Trustee and against the Defendant on Counts I and II of the complaint in the amount of $44,010.63, plus post-judgment interest.

3. Subsequent to entry of the Judgment, the Trustee and the Defendant reached a compromise with respect to the Judgment and, pursuant to that compromise, the Defendant has satisfied all obligations with respect to the Judgment.

Dated: August 27, 2021

**FREEBORN & PETERS LLP**

By: /s/ Elizabeth L. Janczak
One of Its Attorneys

Shelly A. DeRousse (Ill. Bar No. 6274798)*
Elizabeth L. Janczak (Ill. Bar No. 6302864)*
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: 312.360.6000
Fax: 312.360.6520
Email: sderousse@freeborn.com
ejanczak@freeborn.com

*Admitted *pro hac vice*

*Special Counsel for Randolph N. Osherow, chapter 7 trustee of the estate of A'GACI, L.L.C.*

# CERTIFICATE OF SERVICE

I hereby certify that, on August 27, 2021, a true and correct copy of the foregoing *Notice of Satisfaction of Judgment* was served upon the parties listed on the Court's ECF noticing system, and via U.S. Mail upon the party identified below.

/s/ Elizabeth L. Janczak
Elizabeth L. Janczak

**Via U.S. Mail**

Biodec Growth Platform 1 LLC
c/o Kenneth R. Satterlee, Registered Agent
901 S. Mopac Expressway
Barton Oaks, Plaza 1
Austin, TX 78746